# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-60834
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

April 14, 2017

Lyle W. Cayce
Clerk

WHISKEY J. BADIDI, also known as Augustine Weyee, also known as Whiskey Badidi, also known as Weyee Augustine,

Petitioner,

v.

JEFFERSON B. SESSIONS, III, U.S. ATTORNEY GENERAL,

Respondent.

Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A075 426 416

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM:[*]

Whiskey J. Badidi, a native and citizen of Nigeria, petitions for review of a decision by the Board of Immigration Appeals (BIA) dismissing his appeal of the Immigration Judge's (IJ) order pretermitting cancellation of removal and decision ordering removal. We review the decision of the BIA and will consider the IJ's decision only to the extent it influenced the BIA. *Shaikh v. Holder*,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-60834

588 F.3d 861, 863 (5th Cir. 2009).    This court reviews the BIA's legal conclusions de novo and its findings of fact for substantial evidence.  *See Efe v. Ashcroft*, 293 F.3d 899, 903 (5th Cir. 2002).

The BIA affirmed the IJ's determination that Badidi was removable because he fraudulently or willfully misrepresented a material fact on his application for adjustment of status.    The BIA also affirmed the IJ's determination that Badidi was not eligible for cancellation of removal as a permanent resident because he never obtained permanent resident status and that Badidi was not eligible for cancellation of removal as a nonpermanent resident because his 2003 conviction for assault on a peace officer was a crime involving moral turpitude for which a sentence of one year or longer may be imposed.

Badidi's brief fails to identify and brief any argument challenging these reasons for finding him removable and ineligible for relief from removal. Accordingly, these issues are deemed abandoned.  *See Soadjede v. Ashcroft*, 324 F.3d 830, 833 (5th Cir. 2003) (per curiam); *Brinkmann v. Dallas Cty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir. 1987).

Accordingly, Badidi's petition for review is DENIED.